ADLESON, HESS & KELLY, APC
Randy M. Hess (SBN 88635)
Clay A. Coelho (SBN 161205)
577 Salmar Avenue, Second Floor
Campbell, California  95008
Telephone:   (408) 341-0234
Facsimile:    (408) 341-0250
rhess@ahklaw.com
ccoelho@ahklaw.com

Attorneys for Defendant
DRAIN DOCTOR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN EAGLE INSURANCE CORPORATION and PEERLESS INSURANCE COMPANY;<br><br>  Plaintiffs,<br><br>v.<br><br>DRAIN DOCTOR, INC. and GHC OF SUNNYVALE, LLC. dba CEDAR CREST NURSING & REHAB CENTER<br><br>  Defendants. | CASE NO.:  5:14-cv-03242 LHK<br><br>**DECLARATION OF CLAY A. COELHO IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR STAY PROCEEDINGS**<br><br>[Filed Concurrently herewith:<br>(1) Motion to Stay Proceedings;<br>(2) [Proposed] Order]<br><br>Date:         March 19, 2015<br>Time:         1:30 p.m.<br>Courtroom:  8<br>Judge:        Honorable Lucy H. Koh |

I, Clay A. Coelho, declare as follows:

1.    I am an attorney duly licensed to practice before all the courts of the State of California and am a member in good standing of the Bar of this Court. I am an attorney with the firm of Adleson, Hess & Kelly, P.C., attorneys of record for defendant herein. I have personal knowledge of the matters averred in this declaration, and if called to testify with respect thereto, could and would do so competently under oath. As to those matters averred on information and belief, I have a reasonable and good faith belief in their accuracy and state the basis for such good faith belief herein.

ADLESON, HESS & KELLY, APC
577 Salmar Ave., 2nd Flr
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No.  5:14-cv-03242 LHK   DECLARATION OF CLAY COELHO RE MOTION TO DISMISS OR STAY PROCEEDINGS      1

2. The factual allegations set forth in the coverage action are the same as those being alleged in the underlying complaint. The issue in both cases relate to the alleged work of Drain Doctor, Inc.

3. Golden Eagle Insurance Company and Peerless Insurance Company, by and through its declaratory relief causes of action, seek to establish that the disputes between plaintiffs in the underlying actions and Defendant constitute professional services which are excluded under the policy.

4. Defendant will incur significant costs and expenses as well as be severely prejudiced in having to fight a two-front battle, one against the coverage action filed by its insurer, Golden Eagle Insurance Company and Peerless Insurance Company, and the other against plaintiff in the underlying civil action.

5. Defendant will be severely prejudiced in defending itself against liability in the underlying action if forced to litigate against its insurer who is to be providing a defense against plaintiff's claims in the underlying action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14th day of November, 2014, at Campbell, California.

CLAY A. COELHO

ADLESON, HESS & KELLY, APC
577 Salmar Ave., 2nd Flr
Campbell, CA 95008
(408) 341-0234
Fax (408) 341-0250
www.ahk-law.com

Case No. 5:14-cv-03242 LHK   DECLARATION OF CLAY COELHO RE MOTION TO DISMISS OR STAY PROCEEDINGS   2