UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOLDEN EAGLE INSURANCE CORPORATION, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DRAIN DOCTOR INC., et al.,<br><br>        Defendants. | Case No.: 14-CV-03242-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorney: Norman Lau
Defendant Drain Doctor's Attorney: Clay A. Coelho
Defendant GHC of Sunnyvale's Attorney: Kevin E. Monson (failed to appear)

　　　　An initial case management conference was held on January 14, 2015. A further case management conference is set for April 22, 2015, at 2:00 p.m. The parties shall file their joint case management statement by April 15, 2015.

　　　　The parties present represented that they would exchange initial disclosures no later than January 16, 2015. Mr. Lau, who appeared as counsel for Plaintiffs, shall file a Notice of Appearance with this Court on ECF no later than January 16, 2015.

　　　　The Court hereby ORDERS all parties to this action to participate in global mediation to include the issues being litigated in the state court action *GHC of Sunnyvale, LLC, dba Cedar Crest Nursing & Rehab Center v. Drain Doctor, Inc.* (No. 1-14-CV-264016). The Court requests that any other party to the state court action who is not a party before this Court participate in the

global mediation as well.

The discovery limits imposed by the Federal Rules of Civil Procedure shall apply to this case.

The Court set the following case schedule:

DEADLINE TO COMPLETE ADR: April 14, 2015

FACT DISCOVERY CUTOFF: July 31, 2015

EXPERT DISCOVERY:
    Opening Reports: August 7, 2015
    Rebuttal Reports: August 14, 2015
    Close of Expert Discovery: August 28, 2015

DISPOSITIVE MOTIONS shall be filed by September 24, 2015, and set for hearing no later than November 12, 2015, at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: February 4, 2016, at 1:30 p.m.

BENCH TRIAL: February 16, 2016, at 9:00 a.m.  Trial is expected to last 2 days.

**IT IS SO ORDERED.**

Dated: January 14, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

2

Case No.: 14-CV-03242-LHK
CASE MANAGEMENT ORDER